IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | : | |
|---|---|---|
| **DONALD FRANK SMITH,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:12-CV-23 (HL) |
| | : | |
| | : | |
| Warden **WILLIAM C. DANFORTH, et al,** | : | |
| **Defendants** | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 27) filed October 11, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed. The [17] Motion to Dismiss is granted.

**SO ORDERED,** this the 6th day of November, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**